# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:23-mj-00121 |
| v. ) | |
| ) | U.S. Magistrate Judge Steger |
| CHARLA PATTERSON ) | |

## MEMORANDUM AND ORDER

CHARLA PATTERSON ("Defendant") came before the Court for an initial appearance on May 10, 2023, in accordance with Rule 5 of the Federal Rules of Criminal Procedure on the Criminal Complaint supported by an Affidavit [Doc. 1] ("Complaint").

After being sworn in due form of law, Defendant was informed of her privilege against self-incrimination under the 5th Amendment and her right to counsel under the 6th Amendment to the United States Constitution.

The Court determined Defendant wanted to be represented by an attorney and that she qualified for the appointment of an attorney to represent her at government expense. Consequently, the Court **APPOINTED** Attorney Gene Shiles to represent Defendant.

Defendant was furnished with a copy of the Complaint and the Affidavit, and had an opportunity to review those documents with her attorney. The Court determined that Defendant was able to read and understand the Complaint with the assistance of her counsel. In addition, AUSA Tammy Combs explained to Defendant the specific charges contained in the Complaint. Defendant acknowledged that she understood the charges in the Complaint.

The Government moved Defendant be detained pending disposition of the Complaint or further Order of this Court. The Court explained Defendant's right to a preliminary hearing and detention hearing and what those hearings entail. Defendant conferred with her counsel and requested a preliminary hearing, but waived a detention hearing. The Court scheduled the preliminary hearing on May 24, 2023, subject to the caveat that the preliminary hearing will be canceled in the event Defendant is indicted on the charge in Complaint prior to that date.

Because of the nature of the crime with which Defendant is charged, a presumption exists that Defendant is a danger to the community and a risk of flight. Defendant has not rebutted that presumption. Consequently, the Court **GRANTED** the Government's motion to detain Defendant pending disposition of the Complaint or further order of this Court.

It is, therefore, **ORDERED** that:

1. Defendant shall be **DETAINED WITHOUT BAIL** pending disposition

of the Complaint or further order of this Court.

2. The Court shall conduct a preliminary hearing on May 24, 2023, subject to the caveat that the preliminary hearing will be canceled in the event Defendant is indicted on the charges in the Complaint prior to that date.

3. In the event Defendant is indicted by the Grand Jury prior to May 24, 2023, the Court will conduct an arraignment on such date.

**ENTER**.

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE